IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| DAVID THOMAS DRINNON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:11-CV-45-0-KA |
| | § | |
| MICHAEL J. ASTRUE, Commissioner | § | |
| of the Social Security Administration, | § | |
| | § | |
| Defendant. | § | |

# **ORDER**

This is a social security case. Plaintiff filed this action seeking judicial review of a final adverse decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pursuant to 28 U.S.C. § 636(b), and an order of the court in implementation thereof, the case was referred to United States Magistrate Judge Robert K. Roach for review and submission of proposed findings of fact and recommendation for disposition. On November 29, 2011, the Findings, Conclusion and Recommendation of the United States Magistrate Judge were filed, to which no objections were filed.

After considering the record, the parties' arguments, and applicable law, Magistrate Judge Roach recommended that the decision of the Commissioner be reversed and this cause be remanded for a determination of whether or when the claimant's disability that commenced on October 7, 2007 may have ceased; and if not ceased, then for a determination of the amount of the benefit to which plaintiff is entitled under the law and rulings of this court. After an independent review of the pleadings, file, record, applicable law, and Magistrate Judge's Roach's findings and conclusions, the Court determines that Magistrate Judge Roach's findings and conclusions are correct, and hereby

**accepts** them as those of the court. Accordingly, the court **reverses** the Commissioner's final adverse decision, and remands this cause to the Commissioner for further proceedings consistent with the Court's decision.

    **SO ORDERED** this 16th day of December, 2011.

 

                                 _____
                                 Reed O'Connor
                              **UNITED STATES DISTRICT JUDGE**